■ In the Matter of DEMARIO J. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHELLE S., Appellant. [881 NYS2d 360]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNETTE BROWN, Appellant. [881 NYS2d 342]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Russell P. Buscaglia, J.—Assault, 2nd Degree.) Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN POWELL, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [882 NYS2d 614]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted, and new counsel is to be assigned. Memorandum: In denying relator's habeas corpus petition, Supreme Court held that "[u]pon his release to post-release supervision, the balance of the maximum term on his indeterminate sentence was properly held in abeyance pursuant to Penal Law § 70.45 (5) (a)." However, relator's indeterminate sentence arose from a crime committed in 1997, prior to the effective date of Penal Law § 70.45. Thus, a nonfrivolous issue exists as to whether this provision was properly applied. Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus.) Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. WELLS, Appellant. [881 NYS2d 342]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, William F. Kocher, J.—Falsifying Business Records, 1st Degree.) Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.